IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA L. WHITAKER

Plaintiff,

v.   CIVIL ACTION NO: WDQ-10—CV-1086

CENTRAL CREDIT SERVICES, INC.

Defendant.

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will be responsible for paying its own costs, expenses and attorney fees.

| THE KENNEDY LAW FIRM | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ Bernard T. Kennedy | /s/ Ronald S. Canter |
| Bernard T. Kennedy, Esquire | Ronald S. Canter, Esquire |
| The Kennedy Law Firm | 11300 Rockville Pike, Suite 1200 |
| P.O. Box 657 | Rockville, MD 20852 |
| Edgewater, MD 21037 | Telephone: 301-770-7490 |
| Attorney for Plaintiff | Facsimile: 301-770-7493 |
|  | E-Mail: rcanter@roncanterllc.com |
|  | Attorney for Defendant |

"APPROVED"

9/20/10
Date

William D. Quarles, Jr.
United States District Judge

1